

*In The*

*Court of Appeals*

*for the*

*First District of Texas*

---

No. 01-94-00590-CR

---

**Singleton, Timothy Dale, Appellant**

**V.**

**Texas, The State of, Appellee**

---

**On Appeal from the 183rd District Court of
HARRIS County, Texas
Trial Court Cause No. 646,193**

---

# ORDER

No brief has been filed.

Accordingly, pursuant to Tex. R. App. P. 53(m) and 74 (1)(2), the trial court shall determine whether the appellant wishes to prosecute his appeal and, if he does, whether he has been deprived of a brief and a statement of facts because of indigency, ineffective assistance of counsel, or for any other reason.

For this purpose, the trial court shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings. If the appellant is indigent, the judge shall take such measures as may be necessary to assure effective representation by counsel, which may include the appointment of counsel and ordering the preparation of a statement of facts.

The record so made, including any findings and orders of the trial judge, shall be sent to this Court **no later than 30 days from the date of this order**. If appropriate, the record may include an affidavit rahter than a statement of facts.

It is so **ORDERED.**

**PER CURIAM**

Do not publish. Tex. R. App. P. 90.
Order Entered: January 11, 1995
True Copy Attest:
Margie Thompson, Clerk

Cathy McGraw, Chief Deputy